# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2011

142879 & (50)(53)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 142879
COA: 297588
Wayne CC: 07-007351-FC

TERRY WAYNE WILLIAMS,
      Defendant-Appellant.

_____/

On order of the Court, the motions for stay of proceedings and for appointment of counsel are DENIED. The application for leave to appeal the March 3, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2011

d0516

_____
Clerk